COMMERCIAL CASUALTY INSURANCE COMPANY et al., appellants,

*v.*

SOUTHERN SURETY COMPANY, respondent.

[Decided October 17th, 1932.]

*Messrs. McCarter & English,* for the appellants.

*Messrs. Lum, Tamblyn & Colyer,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and printed in *9 N. J. Mis. R. 687.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.